**Donald Richard ONKLE,**
**Plaintiff–Appellant,**

v.

**Ray HC, Regional Director, Health Services Director or Chief of Operations for Offender Management; Vargo, Warden; King, Doctor, Defendants–Appellees.**

No. 12–7622.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Jan. 18, 2013.

Donald Richard Onkle, Appellant Pro Se.

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Richard Onkle appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Onkle v. Ray,* No. 1:12–cv–00850–AJT–IDD (E.D.Va. filed Sept. 5, 2012 & entered Sept. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*